# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Advanced Testing Technologies, Inc. ) ASBCA No. 60047
)
Under Contract No. FA8126-12-C-0033 )

APPEARANCE FOR THE APPELLANT: Brian S. Gocial, Esq.
Blank Rome LLP
Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT: Col Matthew J. Mulbarger, USAF
Air Force Chief Trial Attorney
Jason R. Smith, Esq.
Trial Attorney

## ORDER DISMISSING WITH PREJUDICE

Pursuant to the request of the parties in appellant's "MOTION TO WITHDRAW APPEAL WITH PREJUDICE," dated 22 July 2016, this case is hereby DISMISSED WITH PREJUDICE.

Dated: 25 July 2016

_____
J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60047, Appeal of Advanced Testing Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals